NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**S3 GRAPHICS CO., LTD. AND S3 GRAPHICS, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**APPLE INC.,**                      .
*Intervenor.*

---

2012-1127

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-724.

---

**ON MOTION**

---

Before PROST, *Circuit Judge.*

**ORDER**

S3 Graphics Co., Ltd. and S3 Graphics, Inc. move without opposition to file an extended response brief of no

more than 11,000 words and for a 14-day extension of time, until August 10, 2012, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

JUL 3 0 2012
—————————————
Date

/s/ Jan Horbaly
—————————————
Jan Horbaly
Clerk


cc:  Clark S. Cheney, Esq.
     Donald R. Dunner, Esq.
     George A. Riley, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 3 0 2012

JAN HORBALY
CLERK